UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREEPLAY MUSIC, LLC,<br><br>          Plaintiff,<br><br>   - against -<br><br>KOYAL WHOLESALE,<br><br>          Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>14 Civ. 8112<br>(ALC) |

   **PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Rule, plaintiff Freeplay Music, LLC, by and through its attorneys, **NIXON PEABODY LLP**, hereby voluntarily dismisses the above-captioned action, without prejudice, against defendant Koyal Wholesale.

Dated: November 14, 2014
    Jericho, New York

                 Respectfully submitted,

                 By:  /s/ Seth Berman
                     Seth Berman, Esq.

                 **Nixon Peabody LLP**
                 50 Jericho Quadrangle, Suite 300
                 Jericho, New York 11753
                 (516) 832-7500

                 *Attorneys for Plaintiff Freeplay Music, LLC*